IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                  CASE NO. 1:09-CR-10020-001

ANTHONY D. LEWIS                                                                             DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss filed by the United States of America. (Doc. 20). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on December 9, 2009, in this matter, because the Defendant is now deceased. Accordingly, the Indictment filed in this matter is DISMISSED.

    IT IS SO ORDERED, this 5th day of January, 2011.


                                                                                         /s/ Harry F. Barnes
                                                                       Hon. Harry F. Barnes
                                                                       United States District Judge